IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RHEA H. LAWS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-04-999 |
| § | |
| MORGAN STANLEY DEAN WITTER CORP., § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED the Defendant Morgan Stanley Dean Witter Corp. shall have and recover from Plaintiff Rhea H. Laws the Arbitration Award of SIX HUNDRED EIGHTY-NINE THOUSAND ONE HUNDRED FIFTEEN DOLLARS ($689,115.00) in compensatory damages, plus interest on the same at the rate of 10% per annum from and including August 15, 2000, up to and including the date that the Arbitration Award is paid in full, plus ONE THOUSAND TWO HUNDRED FIFTY DOLLARS ($1,250.00) in costs.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 3rd day of June, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE